UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ABDOU NDOYE,

                      Plaintiff,                    **RESCHEDULING ORDER**

        -against-                         23 Civ. 3805 (PMH) (AEK)

CITY OF NEW ROCHELLE and POLICE
OFFICER ANTHONY SCARNATI,

                      Defendants.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The video settlement conference before Magistrate Judge Andrew E. Krause scheduled for Thursday, December 12, 2024 at 2:00 p.m. is hereby rescheduled to **Wednesday, December 11, 2024 at 9:30 a.m.**  The confidential, *ex parte* letters due on or before December 10, 2024 are now due on or before **December 9, 2024**.  All other requirements set forth in the scheduling order at ECF No. 29 remain in place.

      This conference will be conducted by video, using Microsoft Teams.  A link and instructions will be provided to the parties by email prior to the conference.  Should anyone experience any technical issues with the videoconferencing system, please contact Chambers at (914) 390-4070.

Dated:  December 2, 2024
       White Plains, New York

                                      **SO ORDERED.**

                                        _____
                                        ANDREW E. KRAUSE
                                        United States Magistrate Judge